PATRICIA A. DAZA-LUU (SBN: 261564)
pdazaluu@nicolaidesllp.com
JACOB F. MELI (SBN: 293143)
jmeli@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
777 South Figueroa St., Suite 750
Los Angeles, CA 90017
Telephone:   (213) 402-1245
Facsimile:    (213) 402-1246

Attorneys for Defendant
GENERAL INSURANCE
COMPANY OF AMERICA

HAROUT GREG KEOSIAN (SBN: 236352)
hgk@keosianlaw.com
ZAREH JACK KEOSIAN (SBN: 303278)
zjk@keosianlaw.com
EILEEN KEUSSEYAN (SBN: 149482)
ek@keosianlaw.com
KEOSIAN LAW LLP
16530 Ventura Boulevard, Suite 555
Encino, California 91436
Telephone:   (818) 986-9331
Facsimile:    (818) 986-9341

Attorneys for Plaintiff
VAHE KHACHUNTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE KHACHUNTS, an individual,<br><br>            Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No. 2:22-cv-09325-SPG (KSx)<br><br>**JOINT APPENDIX OF EVIDENCE**<br><br>**Accompanying Documents:**<br>Joint Notice of Motion and Joint Brief; Joint Appendix of Facts; Joint Appendix of Objections; Declaration of Patricia A. Daza-Luu; Declaration of Laura Curtis; Declaration of Brett Allen; Supplemental Declaration of Patricia A. Daza-Luu; Declaration of Vahe Khachunts; Declaration of Zareh Keosian; |

| | |
|---|---|
| 1 | Declaration of Christopher Croisdale; Declaration of Maribeth Danko; Declaration of Tim Howard; Proposed Order |
| 2 | |
| 3 | |
| 4 | Date: November 1, 2023<br>Time: 1:30 p.m.<br>Dept.: 5C<br>Judge: Hon. Sherilyn Peace Garnett |
| 5 | |
| 6 | |
| 7 | State Court Complaint filed: November 16, 2022 |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT APPENDIX OF EVIDENCE

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Vahe Khachunts and Defendant General Insurance Company of America ("General") hereby submit this Joint Appendix of Exhibits and in support of its Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment.

| No. | Description of Exhibits |
|---|---|
| A. | Declaration of Laura Curtis (Exhibits 1-7)<br>1. Certified Policy<br>2. Loss Details Excerpt<br>3. Repair Estimate (Dec. 13, 2021)<br>4. Letter to Plaintiff re Repair (Jan. 7, 2022)<br>5. Loss Payment Record<br>6. Personal Property Estimate<br>7. Email to Plaintiff re Personal Property (Apr. 27, 2022) |
| B. | Declaration of Brett Allen (Exhibits 1-2)<br>1. Repair Estimate (Mar. 2, 2022)<br>2. Blake Services Report (May 11, 2022) |
| C. | Declaration of Patricia A. Daza-Luu (Exhibits 1-11)<br>1. Policy as Produced by Plaintiff (KHA 000001-000065)<br>2. Email from Plaintiff to General (Apr. 13, 2022)<br>3. Calstar Estimate (Feb. 3, 2022)<br>4. Croisdale Estimate (Dec. 10, 2022)<br>5. Email from Brett Allen to Plaintiff (May 13, 2022)<br>6. Excerpts from Deposition of Plaintiff<br>7. Letter from General to Plaintiff (Jul. 7, 2022)<br>8. Photos from September 13, 2023 Inspection<br>9. Plaintiff's Rule 26 Initial Written Disclosures<br>10. Plaintiff's Original and Supplemental Interrogatory Responses<br>11. General's RFPD (Set 2) |
| D. | Declaration of Maribeth Danko (Exhibits A-E)<br>A. Maribeth Danko CV<br>B. Letter from General to Plaintiff (Jul. 7, 2022)<br>C. Blake Services Report (May 11, 2022)<br>D. Calstar Estimate (Feb. 3, 2022)<br>E. Email from Brett Allen to Plaintiff (Apr. 8, 2022) |

| | | |
|---|---|---|
| E. | Declaration of Christopher Croisdale (Exhibits A-B)<br>　A. Christopher Croisdale CV<br>　B. Croisdale Estimate (Dec. 10, 2022) | |
| F. | Declaration of Tim Howard (Exhibits A-B)<br>　A. Tim Howard CV<br>　B. Howard Report | |
| G. | Declaration of Vahe Khachunts | |
| H. | Declaration of Zareh Jack Keosian (Exhibits A-F)<br>　A. Plaintiff's Complaint<br>　B. Excerpts from Deposition of Brett Allen<br>　C. Claim Note (March 23, 2022)<br>　D. Email from Z. Keosian to Blake Services (Sep. 12, 2023)<br>　E. Email from Z. Keosian to Zane Street (Sep. 19, 2023)<br>　F. Excerpts from Deposition of Zane Street<br>　G. Email from Z. Keosian to Ralph Padilla (Sep. 27, 2023)<br>　H. Excerpts from Deposition of Plaintiff | |
| I. | Supplemental Declaration of Patricia A. Daza-Luu (Exhibits 1-2) (added after Plaintiff's provision of Opposition; reasoning set forth in Declaration)<br>　1. Excerpts from Deposition of Brett Allen<br>　2. Excerpts from Deposition of Zane Street | |

Dated: October 3, 2023　　　　　　　　NICOLAIDES FINK THORPE
　　　　　　　　　　　　　　　　　　　MICHAELIDES SULLIVAN LLP


　　　　　　　　　　　　　　　　　By:　/s/ Patricia A. Daza-Luu
　　　　　　　　　　　　　　　　　　　Patricia A. Daza-Luu
　　　　　　　　　　　　　　　　　　　Jacob F. Meli
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant General
　　　　　　　　　　　　　　　　　　　Insurance Company of America


Dated: October 3, 2023　　　　　　　　KEOSIAN LAW LLP


　　　　　　　　　　　　　　　　　By:　/s/ Zareh Jack Keosian
　　　　　　　　　　　　　　　　　　　Harout Greg Keosian
　　　　　　　　　　　　　　　　　　　Zareh Jack Keosian
　　　　　　　　　　　　　　　　　　　Eileen Keusseyan
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Vahe Khachunts

**Statement of Authority to File**

Per Civil L.R. 5-4.3.4(a)(2)(i), I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated: October 3, 2023

By: _/s/ Patricia A. Daza-Luu_
Patricia A Daza-Luu