# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VAHE KHACHUNTS, an individual, | Case No. 2:22-cv-09325-SPG (KSx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING GENERAL INSURANCE COMPANY OF AMERICA'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| GENERAL INSURANCE COMPANY OF AMERICA, a New Hampshire corporation; DOES 1 through 100, Inclusive, | |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

This matter came on regularly for hearing on November 1, 2023 before Judge Sherilyn Peace Garnett in Courtroom 5C of the above-entitled court.

Having considered Defendant General Insurance Company of America's Motion for Summary Judgment ("Motion"), as well as all moving and opposing papers and oral argument, this Court finds that there is no dispute as to the material facts and General America Insurance Company ("General") is entitled to judgment as a matter of law.

Plaintiff failed to prove that General's investigation and payments of the Claim were in breach of the insurance contract.  Because there is no breach of contract, there cannot be a breach of the implied covenant of good faith and fair

PROPOSED ORDER GRANTING GENERAL'S MOTION FOR SUMMARY JUDGMENT
1

dealing. *Benavides v. State Farm General Ins. Co.*, 136 Cal. App. 4th 1241, 1250 (2006).  Thus, Plaintiff's two causes of action fail as a matter of law.

Therefore, it is hereby ORDERED that General's Motion is GRANTED. Judgment shall be entered in favor of General, and against Plaintiff on the causes of action in his Complaint.  Plaintiffs shall take nothing by his Complaint.

**IT IS SO ORDERED.**

Dated: _____          _____
                                              HON. SHERILYN PEACE GARNETT
                                              UNITED STATES DISTRICT JUDGE